No. 00–620. MANTALINE CORP. *v.* PPG INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–622. PUGH, TRUSTEE FOR PUGH ET AL. *v.* HIGGEN-BOTHAM AUCTIONEERS INTERNATIONAL, LTD., INC., ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–627. EMERSON *v.* TUGGLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–628. TAYLOR *v.* CARMOUCHE ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–630. TELFAIR *v.* FIRST UNION MORTGAGE CORP. C. A. 11th Cir. Certiorari denied.

No. 00–631. YUJUICO ET AL. *v.* FIRST PACIFIC BANK LTD. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–634. JEANNE PIAUBERT, S. A., ET AL. *v.* SEFRIOUI. C. A. 9th Cir. Certiorari denied.

No. 00–635. ANDERSON, SPECIAL ADMINISTRATOR OF THE ESTATE OF ANDERSON, DECEASED *v.* SIMON. C. A. 7th Cir. Certiorari denied.

No. 00–637. BARTON-DOBENIN ET UX. *v.* KANSAS DEPARTMENT OF REVENUE. Sup. Ct. Kan. Certiorari denied.

No. 00–638. PHELPS *v.* ALAMEIDA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–640. MCGUIRE ET AL. *v.* ROCK COUNTY BOARD OF SUPERVISORS ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–642. HOBGOOD *v.* KOCH PIPELINE SOUTHEAST, INC. Ct. App. Miss. Certiorari denied.

No. 00–645. DOE ET AL. *v.* DALLAS INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.